912 A.2d 204

**Nguyhn DUNG, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 27, 2006.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is hereby AFFIRMED.